| | |
|---|---|
| 1 | **STEVE EMERY TEICH** |
| | Cal. State Bar No. **78397** |
| 2 | 1390 Market Street, Fox Plaza, Suite 310 |
| | San Francisco, CA 94102 |
| 3 | Telephone: (415) 864-5494 |
| 4 | Attorney for Defendant |
| | **PHAT VUONG** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **CASE NO.: 06-0428 SI** |
| | CASE NO.: **CR-05-0375 SI** |
| Plaintiff, | |
| vs. | **STIPULATION TO TRANSFER PROPERTY AND ORDER** |
| **PHAT VUONG,** et., al. | |
| Defendants. | |

It is hereby stipulated by the parties, through their attorneys STEVE EMERY TEICH Attorney for **PHAT VUONG** and ANDREW SCOBLE Assistant United States Attorney as follows:

Defendant **PHAT VUONG** is presently released from custody on a bail of $250,000 secured by a property bond of $150,000. The bond is presently secured by the property at 2378 18th Street, San Pablo, CA 94806, owned by **DUNG T. VUONG** and **VU TRAN**, a wife and husband.

The property posted in case No. 05-0375SI shall be posted in case No.: 06-0428SI in place of **CR-05-0375SI.** All terms and effects of said property and bond in **CR-05-0375SI**, shall remain in effect in case No.: 06-0428SI.

STIPULATION TO TRANSFER PROPERTY AND ORDER

The sureties shall record a certified copy of this order, attaching a copy of the original Deed of Trust as an exhibit with the appropriate County Recorder's Office.

Defense counsel has advised the sureties of the charges and maximum penalties which the defendant now faces in CR06-0428SI.

Dated: 08/29/06                     /S/
                                    **STEVE EMERY TEICH**
                                    Attorney for Defendant
                                    **PHAT VUONG**

Dated  08/28/06                     /S/
                                    **ANDREW SCOBEL**
                                    Assistant United States Attorney

Dated: 08/26/06                     /S/
                                    **DUNG T. VUONG**

Dated  08/26/06                     /S/
                                    **VU TRAN**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the property posted in case **#05-0375SI** shall be posted forthwith in case No.: 06-04258SI. All terms and effects of said property and bond in case #05-0375SI, shall remain in effect in case No.: 06-0428SI.

Dated: August 29, 2006              _____
                                    Judge of the United States District Court
                                    Judge Joseph C. Spero

2

STIPULATION TO TRANSFER PROPERTY AND ORDER